*LOCAL BANKRUPTCY RULES*

# LOCAL BANKRUPTCY FORM 2016-4
## STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name  Brenda Kay Franco          Case No. #: 10-20406-ref

Address 161 N. New Street Nazareth, PA 18064     Chapter of Case  7

Telephone Number (home)  610-428-7632     Date Case Filed  Date filed: 02/16/2010

Telephone Number (work)  na               Date this Form Submitted
                                          Feb 23rd 2010

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    Barbara Miller, 2402 Country Club Drive, Pearland, TX 77581

    832-766-7337

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

    Internet

3.   a. Total fee charged by person or business named above $ 149

    b. Amount of fee paid as of the date you filed bankruptcy $ 0

    c. Did the preparer tell you the amount of court costs that must be paid to file your
    YES      (NO)   (circle one)

4. Were various chapters or types of bankruptcy explained to you?

    YES      (NO)   (circle one)

Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

    YES      (NO)   (circle one)

FILED
MAR 4 2010
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

43

*UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

*LOCAL BANKRUPTCY RULES*

6. Did the preparer give you a copy of the papers he prepared for you?

 YES    NO    (circle one)

_____
Signature of Debtor(s)

**SOURCE**

This form is a revised version of L.B.F. 2016.1.



*44*

*UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA*