**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 7

Brenda Kay Franco                                          : Bankruptcy 10–20406–ref
      Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on April 13, 2010 was filed on April 22, 2010.

The following deadlines apply:

The parties have until 4/29/10 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 5/13/10 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 5/23/10 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/21/10 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

                                    For the Court

Date: 4/22/10                                                             Timothy B. McGrath
                                                      Clerk of Court

                                                      By: <u>Sara I. Roman</u>
                                                             Deputy Clerk